UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OLIVER VAUGHN:DOUCE,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, *et al.*,<br><br>Defendants. | Civil Action No. 20-2619 (MAS) (TJB)<br><br>**MEMORANDUM ORDER** |

This matter comes before the Court upon Plaintiff Oliver Vaughn:Douce's ("Plaintiff") application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (Appl., ECF No. 1-4). Plaintiff's Application is incomplete and deficient in numerous respects. First, Plaintiff failed to comply with the application's instructions, which require applicants to "[c]omplete all questions in [the] application. . . . Do not leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response." (Appl. 1.) Plaintiff's Application repeatedly and inconsistently uses dashes rather than the appropriate notations. (*See id.*) Second, Plaintiff identifies $183 of spousal income and $322 of spousal expenses, but does not list individual spousal expenses. (*Id.* at 4–5.) Third, in response to question #8, Plaintiff identifies $322 in total expenses but the figures listed in the corresponding columns add up to $278, rather than $322. (*Id.*) Finally, Plaintiff submitted documentation regarding monthly benefits of $322 but did not disclose these benefits under the income section. (*Id.* at 1–2.) Based on Plaintiff's incomplete and inaccurate responses, the Court finds good cause to deny Plaintiff's Application. Accordingly,

**IT IS** on this 18th day of June 2020 **ORDERED** that:

1. Plaintiff's Application (ECF No. 1-4) is **DENIED**.

2. The Clerk shall close this matter.

3. By **July 2, 2020**, Plaintiff may submit a new application. **<u>Plaintiff must comply with the instructions provided in the application</u>**. Alternatively, by **July 2, 2020**, Plaintiff may submit the $400 filing fee, and the Clerk will reopen the matter.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE